## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| LAURA A. KRYZANOWSKI, | : No. 252 MAL 2018 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| ROBERT SIDELLA, INDIVIDUAL | : |
| ROBERT SIDELLA, CONTRACTOR | : |
| GLORIA SIDELLA AKA NEIDLINGER, | : |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.